# United States District Court
for the
Western District of Washington

KELLY SMITH,

         *Plaintiff*

         *v.*

RECEIVABLES MANAGEMENT GROUP, INC.;
and DOES 1 to 10, inclusive,

         *Defendant*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. _____

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

RECEIVABLES MANAGEMENT GROUP, INC.
6440 Flying Cloud Drive, #201,
Eden Prairie, Minnesota 55344-3222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or ___ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

SAMUEL M. MEYLER, WSBA #39471
P.O. Box 777, Redmond, WA 98073-0777
Phone: (425) 881-3680; Fax: (425) 881-1457
E-mail: samuel@meylerlegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*